UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

**STEPHEN LEWIS WEAVER,**
    Plaintiff,

v.

**SHARON LANGHAM, et al.,**
    Defendants.

**Case No. 1:21-cv-1605-CLM-NAD**

## MEMORANDUM OPINION

The magistrate judge has entered a report, recommending that the court deny Stephen Lewis Weaver's petition under 28 U.S.C. § 2254 as time barred. (Doc. 10). Weaver was advised of his right to file objections with 14 days, but that time has expired and the court has received no objections.

After de novo review of the record, and the magistrate judge's report and recommendation, the court **ADOPTS** the report and **ACCEPTS** the recommendation. So the court will **DENY** Weaver's petition for writ of habeas corpus and **DISMISS** his claims **WITH PREJUDICE**.

And Weaver's petition doesn't present issues that are debatable among jurists of reason, so the court will **DENY** Weaver a certificate of appealability. *See* 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484–85 (2000); Rule 11(a), Rules Governing § 2254 Proceedings.

The court will enter a separate final judgment that closes this case.

**Done** and **Ordered** on July 18, 2023.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE